UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marianne K. Bates<br>David W. Bates<br>　　　　　　　　Debtor(s) | |
| Quicken Loans Inc.<br>　　　　　　　　Movant<br>　　　v.<br>Marianne K. Bates<br>David W. Bates<br>　　　　　　　　Respondent(s)<br>　　　　and<br>Robert H. Slone Esq., Trustee<br>　　　　　　　　Additional Respondents | BK. NO. 18-23123 CMB<br>CHAPTER 7<br>Related to Docket # __17__<br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 5th day of November, 2018, at Pittsburgh, upon Motion of Quicken Loans Inc., it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 11 West Tacoma Avenue, Latrobe, PA 15650 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_/s/ Carlota M. Böhm_ dmr
Chief U.S. Bankruptcy Judge

FILED
11/5/18 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Marianne K. Bates
210 Fennel Street
New Alexandria, PA 15670

David W. Bates
210 Fennel Street
New Alexandria, PA 15670

Anthony M. Moody
Moody Law Offices
90 WEST CHESTNUT STE 603
Washington, PA 15301-4524
amoody@moodylawoffices.com

Robert H. Slone Esq.
223 South Maple Avenue (VIA ECF)
Greensburg, PA 15601
robert.slone@7trustee.net

US Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23123-CMB
David W. Bates                                                        Chapter 7
Marianne K. Bates
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1               Date Rcvd: Nov 05, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db/jdb         +David W. Bates,    Marianne K. Bates,    210 Fennel Street,    New Alexandria, PA 15670-3002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
      Anthony M. Moody    on behalf of Joint Debtor Marianne K. Bates amoody@moodylawoffices.com,
       moodyar81455@notify.bestcase.com
      Anthony M. Moody    on behalf of Debtor David W. Bates amoody@moodylawoffices.com,
       moodyar81455@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                TOTAL: 6