**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David W. Bates** | Social Security number or ITIN **xxx–xx–4798** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Marianne K. Bates** | Social Security number or ITIN **xxx–xx–4117** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18–23123–CMB**

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David W. Bates                                Marianne K. Bates

11/21/18                                      **By the court:**   Carlota M. Bohm
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 18-23123-CMB
David W. Bates                                                      Chapter 7
Marianne K. Bates
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: admin              Page 1 of 2          Date Rcvd: Nov 21, 2018
                              Form ID: 318             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db/jdb         +David W. Bates,    Marianne K. Bates,    210 Fennel Street,    New Alexandria, PA 15670-3002
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14892846       +CitiFinancial Real Estate,    Attn: Bankruptcy Dept.,    P.O. Box 140609,
                 Irving, TX 75014-0609
14892847       +City Of Latrobe,    P. O. Box 829,    Latrobe, PA 15650-0829
14892849        Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
14892850        Latrobe Municipal Authority,    PO Box 88,    Latrobe, PA 15650-0088
14892853       +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14892855       +PNC Bank,    Centralized Customer Assistance Team,    MS P5-PCLC-01-E,    2730 Liberty Ave,
                 Pittsburgh, PA 15222-4704
14892854        Peoples Natural Gas,    PO Box644760,    Pittsburgh, PA 15264-4760
14892858       +SIRIUS XM,    1221 Avenue of the Americas,    New York, NY 10020-1001
14892862        Window World,    PO Box 660553,    Dallas, TX 75266-0553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2018 03:00:43      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14892845       +E-mail/Text: ACF-EBN@acf-inc.com Nov 22 2018 03:00:09      Atlantic Credit & Finance,
                 3353 Orange Ave.,    Roanoke, VA 24012-6335
14892848       +EDI: GMACFS.COM Nov 22 2018 07:48:00      GMAC,    PO Box 78369,    Phoenix, AZ 85062-8369
14892851        EDI: RMSC.COM Nov 22 2018 07:50:00      Lowe's/ Sychrony Bank,    P. O. Box 530914,
                 Atlanta, GA 30353-0914
14892852       +EDI: RMSC.COM Nov 22 2018 07:50:00      Lowe's/GE Capital Retail Bank,    P. O. Box 103104,
                 Roswell, GA 30076-9104
14893430       +EDI: PRA.COM Nov 22 2018 07:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14892856       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 22 2018 03:01:10      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14892857        EDI: SEARS.COM Nov 22 2018 07:49:00      Sears Credit Cards,    P. O. Box 6283,
                 Sioux Falls, SD 57117-6283
14892859        EDI: RMSC.COM Nov 22 2018 07:50:00      Syncrony Bank,    Attn: Bankruptcy Dept.,    PO Box 965060,
                 Orlando, FL 32896-5060
14892860       +EDI: WFFC.COM Nov 22 2018 07:49:00      Wells Fargo Acceptance,    P.O. Box 250,
                 Essington, PA 19029-0250
14892861        E-mail/Text: bankruptcy@firstenergycorp.com Nov 22 2018 03:00:58      West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              Anthony M. Moody    on behalf of Joint Debtor Marianne K. Bates amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              Anthony M. Moody    on behalf of Debtor David W. Bates amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
```

```
District/off: 0315-2          User: admin               Page 2 of 2               Date Rcvd: Nov 21, 2018
                              Form ID: 318              Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```